IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT IN AND FOR
PASCO COUNTY, FLORIDA

CASE NO:

CHRISTOPHER GIOVANNI
HERNANDEZ,

    Plaintiff,

vs.

TRAVIS KENDRELL LOCUS AND
ROYAL TRUCKING COMPANY,

    Defendants.
_____/

## **COMPLAINT**

    Plaintiff, CHRISTOPHER GIOVANNI HERNANDEZ, sues Defendants, TRAVIS KENDRELL LOCUS and ROYAL TRUCKING COMPANY, and alleges:

    1.    This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

    2.    At all times material to this action, Plaintiff, CHRISTOPHER GIOVANNI HERNANDEZ, was a natural person residing in Pasco County, Florida.

3. At all times material to this action, Defendant, TRAVIS KENDRELL LOCUS, was a natural person residing in Lee County, Mississippi.

4. At all times material to this action, Defendant, ROYAL TRUCKING COMPANY, is a Mississippi Profit Corporation doing business in Clay County, Mississippi.

5. On or about July 23, 2020, Plaintiff, CHRISTOPHER GIOVANNI HERNANDEZ, was a passenger in a motor vehicle operating north bound on U.S. Highway 301 (State Road 35) in Pasco County, Florida.

6. At that time and place, Defendant, TRAVIS KENDRELL LOCUS, was operating a semi-truck and trailer owned by Defendant, ROYAL TRUCKING COMPANY, traveling north bound on U.S. Highway 301 (State Road) making a right U-Turn on Cummer Road in Pasco County, Florida.

### COUNT I – PLAINTIFF'S CLAIM OF NEGLIGENCE AS TO TRAVIS KENDRELL LOCUS

Plaintiff re-alleges and incorporates by reference paragraphs one (1) through six (6), and further states:

7. Defendant, TRAVIS KENDRELL LOCUS, owed a duty to Plaintiff, CHRISTOPHER GIOVANNI HERNANDEZ, to use reasonable care in the operation of the semi-truck and trailer.

8. At that time and place, Defendant, TRAVIS KENDRELL LOCUS, breached that duty when he negligently operated and/or maintained the semi-truck and trailer he was operating, owned by Defendant, ROYAL TRUCKING COMPANY, when he failed to use reasonable care and collided with Plaintiff's motor vehicle.

9. As a direct and proximate result of Defendants' negligence, Plaintiff, CHRISTOPHER GIOVANNI HERNANDEZ, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.  Plaintiff's motor vehicle was also damaged.

WHEREFORE, Plaintiff, CHRISTOPHER GIOVANNI HERNANDEZ, demands judgment for damages against Defendant, TRAVIS KENDRELL LOCUS, and other such relief deemed proper by the Court.  Plaintiff also demands a jury trial on all issues so triable.

### COUNT II – PLAINTIFF'S CLAIM OF NEGLIGENCE AS TO DEFENDANT, ROYAL TRUCKING COMPANY

Plaintiff re-alleges and incorporates by reference paragraphs one (1) through six (6) and seven (7) through nine (9), and further states:

10. Defendant, TRAVIS KENDRELL LOCUS, owed a duty to Plaintiff, CHRISTOPHER GIOVANNI HERNANDEZ, to use reasonable care in the operation of the semi-truck and trailer.

11. Defendant, ROYAL TRUCKING COMPANY, as owner of the semi-truck and trailer, is vicariously liable for the negligence of Defendant, TRAVIS KENDRELL LOCUS.

12. Defendant, TRAVIS KENDRELL LOCUS, was operating the semi-truck and trailer with the consent and permission of Defendant, ROYAL TRUCKING COMPANY, within in the scope of his employment.

13. At said time and place, Defendant, ROYAL TRUCKING COMPANY, breached that duty when Defendant, TRAVIS KENDRELL LOCUS, negligently operated and/or maintained the semi-truck and trailer he was operating when he failed to yield the right of way to oncoming traffic and made a right turn in front of Plaintiff's vehicle causing Plaintiff's vehicle to collide with the semi-truck and trailer.

14. As a direct and proximate result of the negligence of Defendant, ROYAL TRUCKING COMPANY, the Plaintiff, CHRISTOPHER GIOVANNI HERNANDEZ, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

WHEREFORE, Plaintiff, CHRISTOPHER GIOVANNI HERNANDEZ, demands judgment for damages against Defendant, ROYAL TRUCKING COMPANY, and other such relief deemed proper by the Court.  Plaintiff also demands a jury trial on all issues so triable.

*[Signature Block on the following page]*

RESPECTFULLY submitted this 3rd day of February, 2021.

/s/ *Adrienn N. Toth*
ADRIENN N. TOTH, ESQUIRE
Florida Bar Number 1002866
Morgan & Morgan, P.A.
20 N. Pasco Avenue
Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Facsimile: (407) 245-3485
Primary email: atoth@forthepeople.com
Secondary email: emilysmith@forthepeople.com;
Attorneys for Plaintiff